JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'CONNELL,<br><br>              Petitioner,<br>    v.<br><br>JAMES A. YATES, Warden,<br><br>              Respondent, | Case No. EDCV 11-00982-FMO (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 18, 2013

                                            /s/
                                    HONORABLE FERNANDO M. OLGUIN
                                    United States District Judge

Prepared by:

_(signature)_

HONORABLE OSWALD PARADA
United States Magistrate Judge